ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 AUG -7 A 9 02
CLERK

| | | |
|---|---|---|
| ANGEL FERRERAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 308-053 |
| | ) | |
| WALT WELLS, Warden, CCA McRae | ) | |
| Correctional Facility, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**, as modified herein,[1] as the opinion of the Court. Therefore, the above-captioned petition is **DENIED**, and this civil action is **CLOSED**.

SO ORDERED this 7th day of August 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge concluded that the above-captioned case should be dismissed without prejudice based on Petitioner's failure to exhaust administrative remedies. (Doc. no. 3, p. 6). However, the Magistrate Judge also explained that, even if the Court were to excuse the failure to exhaust administrative remedies, Petitioner's claim has already been rejected by the Eleventh Circuit. (Id. at 5-6 (citing Brown v. McFadden, 416 F.3d 1271, 1273 (11th Cir. 2005) (*per curiam*))). As the Magistrate Judge correctly determined, Petitioner is clearly not entitled to the relief that he seeks. (Id. at 6).